UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felipe Vivar

Write the full name of each plaintiff.

18CV5987

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

New York City Police Department
New York Presbyterian Hospital
Human Resources HRA
Self Help Community Services

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __FeLiPe ViVAR__, is a citizen of the State of
(Plaintiff's name)

__NewyoRK__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Felipe__     __F.__     __VIVAR__
First Name     Middle Initial     Last Name

__804 W. 180TH ST. #31__
Street Address

__New YORK__     __Ny__     __10033__
County, City     State     Zip Code

__NoNe__     __NoNe__
Telephone Number     Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 2: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 3: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 4: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See ATTACHED

I AM A GAY AND DISABLED MALE
I HAVE BEEN ABUSED BY THE CITY AGENCIES SELF HELP AND HRA THE POLICE DEPARTMENT AND NEW YORK PRESBYTERIAN HOSPITAL
I HAVE BEEN WITH SELF HELP FOR YEARS I HAVE WITNESSED MR. PEREZ ASSAULTED BY SAM LEE A CASEWORKER MONEY STOLEN FROM MR. GREEN MONEY STOLEN FROM MYSELF ALSO FROM KENDELL BLACKMAN ~~I HAVE WITNESS OLDER FRAIL CLIENTS DRAGGED ON THE FLOOR AND TAKEN TO~~ ~~BELLEVUE~~ TO I TRIED TO TALK TO A CLIENT TO GET THIER INFORMATION AND WAS PUNISHED FOR IT NOW I HAVE TO WAIT DOWNSTAIRS I CANT USE THE BATHROOM I HAVE OVERACTIVE BLADDER KIDNEY DISEASE AND JOINT PAIN I HAVE TO STAND THEY MAKE ME WAIT ON PURPOSE MS. VALARIE SOTO NOT MY CASEWORKER CALLED ME A FAT FAGGOT WHY YOU DONT LOOK LIKE EVERYBODY ELSE I REPORTED IT TO THE OURT ~~THEY WOULDNT~~ DO ANYTHING I REPORTED THESE THINGS TO ~~AND~~ HRA VICE PRESIDEN KEVIN T. BYANE HUNG UP ON ME I REPORTED THESE THINGS TO 311 AND WAS RETALIATED AGAINST 311 SENT AN EMAIL HRA SENT EMAIL TO SELF HELP THEY CALLED POLICE ON ME ON JUNE 21st THEY DID NOT NOTIFY ME OF VISIT NO ONE WRANG THE BELL DOWNSTAIRS THEY WERE GOING TO BREAK THE DOOR DOWN I WAS SCARED FOR MY LIFE

I see Police Hurt people on the news all the time Eric Gardner and others I was having chest pains I couldnt breathe I answered the door naked I cant believe what happened I was scared they were going to kill me or shoot me I was taken to hospital against my will the hospital did not give me oxegen or EKG or medication for my blood pressure and heart I could have died I am seeking $250 million for my pain and suffering

I was told by Supervisor Rivas Sears you report people thats what you get I told her where is the email and she deleted it Sa S he said it was not important I was told Angel Bors U you report 311 and this will happen again

I cant sleep I have nightmares my privacy invaded Police came ito into my home with no search warrent I was laughed at the neighbors have footage of the incident I dont want to live here in my apartment anymore

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I'm Seeking COMPENSATION $250 MILLION DOLLARS FOR MY PAIN AND SUFFERING

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7/2/18
Dated

Plaintiff's Signature

Felipe
First Name

F.
Middle Initial

VIVAR
Last Name

804 W. 180TH ST. #31
Street Address

New York, Ny
County, City

State

10033
Zip Code

None
Telephone Number

None
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.