

# CERTIFICATION

| | |
|---|---|
| Completed Transcript: | 911MSG 001 (19-00508) |
| Audio Source: | 911MSG 001 (19-00508).wav |
| Matter Number: | 2018-091913 |
| Case Name: | VIVAR, FELIPE VS CITY OF NEW YORK, ET AL. |

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/ Melika Joseph*
**MELIKA JOSEPH**

| | | |
|---|---|---|
| 1 | Op. 1411: | New York City 911, do you need the police -- |
| 2 | Deas: | Hi -- |
| 3 | Op. 1411: | -- fire, or medical? |
| 4 | Deas: | -- yeah, hello. Can someone come at 804 Pinehurst Avenue as soon |
| 5 | | as possible? We were threatened with a knife. |
| 6 | Op. 1411: | 804 Pinehurst? |
| 7 | Deas: | Yes, we just were threatened by -- with a knife, apartment 31. |
| 8 | Op. 1411: | Is that Pinehurst Avenue in Manhattan? |
| 9 | Deas: | Yes, 180th Street. |
| 10 | Op. 1411: | And that's 804? |
| 11 | Deas: | Yes. |
| 12 | Op. 1411: | Okay. Hold on. I'm not seeing -- just one second -- |
| 13 | Deas: | It's 180th, 804. |
| 14 | Op. 1411: | In Manhattan? |
| 15 | Deas: | In Manhattan. |
| 16 | Op. 1411: | Okay. Hold on. Okay. I'm not getting this. Okay, can I have your |
| 17 | | two cross streets? |
| 18 | Deas: | Yes. |
| 19 | Op. 1411: | Go ahead, what is it? What are your cross streets? |
| 20 | Deas: | Oh, the cross streets is on 180th street, I don't know the cross |
| 21 | | streets exactly. Hello? |
| 22 | Op. 1411: | I'm here; one second. |
| 23 | Deas: | Yeah, could you help us? |
| 24 | Op. 1411: | No, help is -- help is already on the way, I'm just trying to vali-- |
| 25 | | va-- verify that 805 address or 804 that you gave me. |

| | | |
|---|---|---|
| 1 | Deas: | Is it 804 or 805, or what -- it's 804 apartment, 31! |
| 2 | Op. 1411: | Apartment 31. Okay. Is the person still at the location? |
| 3 | Deas: | Yes, threatening us with a knife! |
| 4 | Op. 1411: | Alright; are they black, white, Hispanic, or Asian? |
| 5 | Deas: | They're Hispanic! |
| 6 | Op. 1411: | What is he wearing? |
| 7 | Deas: | I don't know, I don't know, I don't know, he just opened up the |
| 8 | | door; he said he was going to stab us. |
| 9 | Op. 1411: | Okay. And that's in apartment 31? And is it -- |
| 10 | Deas: | Yes! |
| 11 | Op. 1411: | -- one person? |
| 12 | Deas: | I don't know how many people are inside! |
| 13 | Op. 1411: | (Unclear). Listen: me asking you these questions is not delaying |
| 14 | | the police response, okay? |
| 15 | Deas: | We just need someone to come. |
| 16 | Op. 1411: | I understand. |
| 17 | Deas: | Because we don't want to get stabbed. |
| 18 | Op. 1411: | I understand. |
| 19 | Deas: | Hello? |
| 20 | Op. 1411: | Yes, can you hear me? What is your last name? |
| 21 | Deas: | Deas, D-E-A-S. |
| 22 | Op. 1411: | D-E-A-S? |
| 23 | Deas: | D-E-A-S as in Deas, Dino Deas. |
| 24 | Op. 1411: | What is the number that you're calling from? |
| 25 | Deas: | ▬▬▬▬. |

| | | |
|---|---|---|
| 1 | Op. 1411: | Okay, and do you have a clothing description of the -- ? |
| 2 | Deas: | I'm sorry, I'm sorry, ▮ -- I'm sorry, that's ▮▮▮▮, |
| 3 | | sorry. |
| 4 | Op. 1411: | Okay, and do you have a clothing description of this person? |
| 5 | Deas: | He's inside the door. |
| 6 | Op. 1411: | Okay; so you don't know what he's wearing? |
| 7 | Deas: | No. |
| 8 | Op. 1411: | Okay; did you see the knife? |
| 9 | Deas: | He opened up the door and then, yes, we did, with a chain or |
| 10 | | something like that he had. |
| 11 | Op. 1411: | A chain? |
| 12 | Deas: | Or something he had. |
| 13 | Op. 1411: | Okay, something in addition to the knife? |
| 14 | Deas: | Yeah, yeah. |
| 15 | Op. 1411: | Okay; what color was the chain that you saw with the knife? |
| 16 | Deas: | I believe it was silver, whatever, gray, silver, gray, it was so |
| 17 | | quickly. |
| 18 | Op. 1411: | Okay, and do you live at that building, 804? |
| 19 | Deas: | No, I do not. No, I do not. |
| 20 | Op. 1411: | Okay. Is anyone there with you that can verify that's 804 on |
| 21 | | Pinehurst Avenue, or is it on something else? |
| 22 | Deas: | Can anyone verify this is 804 Pine-- Pinehurst? |
| 23 | U/F: | Yes. |
| 24 | Deas: | Yes. |
| 25 | U/F: | (Unclear) between 180th and Pinehurst. |

- 3 -

| | | |
|---|---|---|
| 1 | Deas: | Between 180th and Pinehurst. |
| 2 | U/F: | It's right on the corner (unclear). |
| 3 | Op. 1411: | Okay. And do you know this person at all? |
| 4 | Deas: | Yes. We are the guardian from the court. |
| 5 | Op. 1411: | No so you -- so you know the person that has the knife? |
| 6 | Deas: | Yes, yes, we do. |
| 7 | Op. 1411: | Okay. Was there a dispute? |
| 8 | Deas: | No, there was not. We supposed to do a HVC cleaning, a heavy |
| 9 | | duty cleaning. It's been mandated by the court. |
| 10 | Op. 1411: | Got it. Okay, do you know this person's name? |
| 11 | Deas: | Yes, Felipe Vivar. |
| 12 | Op. 1411: | Felipe -- ? |
| 13 | Deas: | Vivar. |
| 14 | Op. 1411: | Alright, and is he still at the location, yes? |
| 15 | Deas: | Yes. |
| 16 | Op. 1411: | Okay. What is your -- okay. So the assistance will be there as soon |
| 17 | | as possible. Okay? I'm operator 1411. |
| 18 | Deas: | Alright.  Thank you. |
| 19 | Op. 1411: | You're welcome. |
| 20 | | **END OF AUDIO FILE** |