DEAR JUDGE THERE WERE TWO INCIDENTS ONE ON JUNE 21 AND AUG 3RD VALARIE SOTO DID NOT COME TO MY HOME OR RIVAS SEARS BEFORE THESE INCIDENTS A YEAR BEFORE I REPORTED INCIDENTS AT SELF HELP MR. PEREZ ABUSED BY CASEWORKER SAM LEE ~~AND~~ ~~~~ ~~~~ ~~~~ THERE WAS A CLIENT AT SELF HELP I WAS TALKING TO A CLIENT I HAVE A RIGHT TO TALK TO ANYONE THEY DO NOT WANT ME TO TALK TO ANYONE THEY WOULD NOT LET COME BACK UPSTAIRS TO THE OFFICE OR USE THE BATHROOM VALARIE SOTO CALLED ME NAMES IN SPANISH FAT FAGGOT YOUR GOING TO WAIT DOWNSTAIRS WERE GOING TO MAKE YOU WAIT I WOULD COME TWICE A MONTH TO THE OFFICE THEY WOULD MAKE ME WAIT TWO HOURS OR MORE THERE IS NO WHERE TO SIT I HAVE TO STAND IN PAIN FROM MY ~~BLADDER~~ BLADDER ISSUES ~~INTO~~ BLADDER PAIN I HAVE A 911 RELATED ILLNESS SARCOIDOSSIS DUE TO WHEN THE LANDLORD TOOK ME TO COURT DURING 911 AND THE FOLLOWING MONTHS I HAD TO BREATH THAT TOXIC SMOKE AND DUST THE SMELL WASS HORRIBLE I HAD TO GO TO COURT ALMOST EVERYDAY DURING THAT TIME MY ILLNESS THERE IS NO CURE I COULD DIE FROM THE DISEASE OTHER FIRE FIGHTERS HAVE THE DISEASE ALSO IAM SICK SELF HELP NEVER ASKED ME IF I NEED A HOME ATTENDANT OR HOW DO YOU FEEL THEY DON'T CARE I REPORTED THESE THINGS TO THE COURT TO THE SUPERVISOR SCOTT ZINGER

PAGE 2

TO JOHN CRAWFORD TO JULIE MARLING ~~SHE TOLD~~ ABOUT THE ABUSE BUT SELF HELP CONTINUES ~~LATER SHE~~ ~~AND~~ DRIVAS SCARS AND DINO DEAS WOULD COME DOWN AND TELL ME YOU HAVE TO WAIT KNOWING THAT I AM IN EXTREME PAIN I REPORTED THESE THINGS TO KEVIN T BYRNE VICE PRES OF HRA AT SELF HELP HE HUNG UP ON ME THEN I REPORTED THESE THINGS TO 311 311 SENT AN EMAIL TO HRA HRA CAME TO MY HOME THEY KEPT COMING TO MY HOME I TOLD THEM I AM SLEEPING I NEED MY REST THEY KEPT COMING TO MY HOME I LEFT MESSAGES I DO NOT WANT ~~ITS~~ VISITORS I NEED MY REST HRA RETALIATED SENT AN EMAIL TO SELF HELP TO PUT ME IN THE HOSPITAL RIVAS TOLD ME IT WAS HRA ~~A~~ FAULT JUNE 21st POLICE CAME TO MY HOME I WAS SCARED TO DEATH I SUFFERD STROKE BEFORE IF I HAVE ANOTHER I WOULD DIE MY BLOOD PRESSURE WAS RACING I COULDN'T BREATHE I NEEDED MY REST POLICE WERE IN MY HOME FOR MORE THAN AN HOUR FOLLOWING ME TO THE LIVING ROOM AND BEDROOM WITH NO SEARCH WARRANT I WAS GOING TO GET SOMETHING FROM MY DRAWER THE OFFICER WENT IN TO MY DRAWER I SHOWED THEM PAPERS I AM BEING HARRASSED THEY TOOK ME AGAINST MY WILL TO THE HOSPITAL I WAS STRIP SEARCH BY GUARDS AND GIVIN DRUGS FORCED TO GIVE BLOOD AUG 3RD I CALLED 911 ~~TO~~ I TOLD 911 ~~SE~~ SELF HELP ~~FAILED~~ IS HARRASSING ME I NEED REST BRING POLICE DINO DEAS RETALIATED

AND TOLD POLICE I PULLED I KNIFE ON HIM WHICH WAS A LIE I WAS ON THE HOUSE PHONE WHEN I MADE 911 AND CALLS TO THE COURT FOR HELP I SPOKE TO JOHN ~~CRAWFOD~~ CRAWFORD AND JULIE MARLING THEY ARE WITNESSES I AM INOCENT I NEEDED MY REST I NEEDED TO BE IN MY BED I TOLD THESE THINGS TO RIVAS SEARS SHE TOLD ME YOU REPORTED PEOPLE AND THATS ~~WA~~ WHAT HAPPENS ~~INS~~ THIS WAS ALL RETALLIATION I HAVE ALL MY DOCUMENTS PROOF OF WHAT HAPPENED PLAINTIFF FELIPE VIVAR REQUEST THAT THE COURT DENY DINO DIAZ VALARIE SOTO AND RIVAS SEARS SELF HELP INDIVIDUAL DEFENDANTS PENDING MOTION TO DISMISS BECAUSE THE SELF HELP INDIVIDUAL DEFANDANTS MOTION TO DISMISS PENDING MOTION TO DISMISS IS UNTIMELY AS THEY HAVE ALREADY FILED AN ANSWER EVEN IF THE COURT DISMISS THE FEDERAL LAW CLAIMS AGAINST THESE SPECIFIC DEFENDANTS THE COURT SHOULD EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF STATE LAW CLAIMS AGAINST THE SELF HELP INDIVIDUAL DEFANDATS

I HAVE ADEQUATLY ALEDGED SEVERA STATE LAWS CLAIMS IM MY AMENDED COMPLAINT. I HAVE ADEQUATLEY ALLEDGED FALSE ARREST AGAIST DINO DEAS AND RIVAS SEARS. UNDER NEW YORK STATE LAW PRIVATE COMPLAINING WITNESSESS ARE STILL LIABLE FOR FALSE ARREST OR IMPRISONMENT EVEN WHEN THE DID NOT ACTUALLY ARREST THE PLAINTIFF DIRECTLEY WHEN A PLAINTIFF CAN SHOW THE DEFENDENTS INSTIGATED HIS ARREST MAKING THE POLICE THEIR AGENTS INCONFINING THE PLAINTIFF SEE WEINTRAUBOS BOARD OF EDUC OF CITY OF CITY OF NEW YORK 42 CQUOTING CARRINGTON V. CITY OF NEW YORK THIS FALSE ARREST APPLIES WHEN THE DEFFENDANTS DO NOT HAVE REASONABLE CAUSE TO BELIEVE PLAINTIFF IS GUILTY. THEY DID NOT HAVE REASONABLE CAUSE HERE. I HAVE ALSO ALLEGED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DINO DEAS, I HAVE ALSO ADEQVATLEY ALLEGED DEFORMATION AGAINST DINO DEAS AND RIVAS SEARS. FINALLY I HAVE ADEQUATLEY

PAGE 5

ALLEGED NEGLEGENCE AGAINST DINO DEAS RIVAS SEARS AND VALARIE SOTTO.

RECEIVED
SDNY PRO SE OFFICE
2019 JUN -6 PM 1:10