UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felipe Vivar;

        Plaintiff

vs.

New York City Police Department et al;

        Defendant

CIVIL ACTION NO. 18-cv-05987

## PLAINTIFF's DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-19

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 17 PM 1:37

Dear Judge,

Defendant Self Help's June 17, 2019 Motion to Dismiss should be denied for the same reasons ~~contain~~ outlined in my June 6th, 2019 Opposition and the Doctrine of Respondeat Superior I have suffered physically emotionally I was resting in my home minding my own business when these things happened to me crimes were committed against me my rights were violated I am seeking 300 million in damages for pain and suffuring

Defendant Self-Help's June 17, 2019 motion to dismiss should be denied for the same reasons outlined in my June 6, 2019 opposition and the doctrine of respondeat superior.

*[signature]*