```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
FELIPE VIVAR,                                            :
                                                         :
                           Plaintiff,                    :
                                                         :
        -against-                                        :
                                                         :
CITY OF NEW YORK et. al.,                                :      18-CV-5987 (VSB)
                                                         :
                           Defendants.                   :      ORDER
                                                         :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 30, 2020, Plaintiff called Chambers regarding the joint letter and proposed Case Management Plan the parties must submit on August 7, 2020. Plaintiff notified the Court that his attempts to contact Defendants regarding the joint submission have been unsuccessful. It is hereby:

ORDERED that Defendants' counsel contact Plaintiff regarding the joint letter and proposed Case Management Plan due August 7, 2020.

IT IS FURTHER ORDERED that Plaintiff shall direct any future inquiries as to the status of this case to the Pro Se Intake Unit or the Pro Se Clinic.

The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: July 31, 2020
       New York, New York

Vernon S. Broderick
United States District Judge