UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FELIPE F. VIVAR,                              :
:
                 Plaintiff,         :
:
    -against-                        :
:
CITY OF NEW YORK et. al.,                     :       18-CV-5987 (VSB)
:
               Defendants.        :       **ORDER**
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On August 17, 2020, Plaintiff called Chambers three times regarding representation in this matter and attempts to contact Defendants to discuss discovery issues. Pro se litigants must direct all communications with the Court to the Pro Se Office. It is hereby:

       ORDERED that Plaintiff shall direct any future inquiries to the Pro Se Intake Unit or the Pro Se Clinic.

       The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:  August 19, 2020
         New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge