```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FELIPE VIVAR,                                            :
                                                         :
                           Plaintiff,                    :
                                                         :
        -against-                                        :
                                                         :
CITY OF NEW YORK et. al.,                                :
                                                         :        18-CV-5987 (VSB)
                           Defendants.                   :
---------------------------------------------------------X        ORDER
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020
```

VERNON S. BRODERICK, United States District Judge:

On November 16, 2020 and November 23, 2020, Defendants Gracie Square Hospital and Rebecca Kostopoulos and Defendants Dino Diaz, Valerie Soto, Rivas Sears and Selfhelp Community Service submitted letters regarding outstanding discovery requests. (Docs. 133–34). Defendants have made unsuccessful attempts to contact Plaintiff. As such, Defendants ask that I compel Plaintiff to respond to their outstanding discovery demands and requests for authorizations. It is hereby:

ORDERED that Plaintiff respond to Defendants' outstanding requests on or before January 5, 2021.

IT IS FURTHER ORDERED that Plaintiff's failure to engage in discovery or otherwise pursue this litigation may result in dismissal for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: November 24, 2020
       New York, New York

*[Signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge