UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

VIVAR,

                Plaintiff,

     -against-

CITY OF NEW YORK et. al.,

            Defendants.

--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/16/2021__
```

18-CV-5987 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

     On February 9, 2021, Plaintiff wrote to request an extension of time to respond to

Defendants' outstanding discovery requests.  (Doc. 145.)   It is hereby:

     ORDERED that the parties shall meet and confer and regarding an extension of

Plaintiff's time to respond to Defendants' outstanding discovery requests.  The parties shall

submit joint a letter detailing the revised discovery deadlines by February 26, 2021.

     The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.


SO ORDERED.

Dated:  February 16, 2021
       New York, New York

                                      _____
                                      Vernon S. Broderick
                                      United States District Judge