```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FELIPE F. VIVAR,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           18-CV-5987 (VSB)
              -against-                                     :
                                                            :              ORDER
NEW YORK CITY POLICE                                        :
DEPARTMENT et al.,                                          :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The status conference scheduled in this matter for October 14, 2021 at 2:00 pm will be held by telephone. The parties shall dial into 888-363-4749 and use access code 2682448. Member of the public may observe by using the same dial-in as long as they keep their lines muted.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff. Additionally, Defendants are respectfully directed to serve a copy of this order on Plaintiff via email on October 12, 2021, the same day that it is entered. Defendants are further directed to telephone Plaintiff before October 13, 2021 at 5:00 pm to inform him that the conference will be conducted via telephone, and to provide him the dial-in and the access code.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                              _____
                                              Vernon S. Broderick
                                              United States District Judge