```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FELIPE F. VIVAR,                                           :
                                                           :
                              Plaintiff,                   :
                                                           :         18-CV-5987 (VSB)
                -against-                                  :
                                                           :              ORDER
NEW YORK CITY POLICE                                       :
DEPARTMENT, et al.,                                        :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Per my instructions at the February 16, 2022 status conference, it is hereby:

ORDERED that a status conference will be held on April 20, 2022 at 12:00 p.m. The dial-in is 888-363-4749, and the access code is 2682448.

The Clerk's Office is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:  February 16, 2022
        New York, New York

                                            *Vernon Broderick* (signature)
                                            Vernon S. Broderick
                                            United States District Judge