```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FELIPE F. VIVAR,                                           :
                                                           :
                            Plaintiff,                     :
                                                           :        18-CV-5987 (VSB)
              -against-                                    :
                                                           :               ORDER
NEW YORK CITY POLICE                                       :
DEPARTMENT et al.,                                         :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I held a conference in this matter today. As discussed, it seems that Plaintiff still needs to provide the Medicare lien letter (the "Letter') to Defendant New York Gracie Square Hospital, Inc. ("Gracie Square") in order to finalize settlement of this action. Plaintiff represented that he has faced difficulty in contacting Medicare to get the Letter. However, because Gracie Square did not appear, I was unable to confirm that Gracie Square still needs the Letter in order to make its settlement payment to Plaintiff. Accordingly, it is hereby

      ORDERED that I will hold another conference in this matter on May 25, 2022 at 12:00 pm by telephone. The parties shall dial into 888-363-4749 and use access code 2682448. Defendant New York Presbyterian Hospital need not appear, but Gracie Square should appear. Members of the public may observe by using the same dial-in as long as they keep their lines muted.

      IT IS FURTHER ORDERED that, as discussed, Defendants City of New York and Angel Bussue are directed to file the stipulation of dismissal signed by Plaintiff and the settlement agreement—since I am being asked to retain jurisdiction over the settlement—and may file a

stipulation dismissing the case as to them.  In addition, they may also file a stipulation of dismissal regarding any disputes with Cross Claimant Self Help Community Services ("Self Help") once they meet and confer with Self Help's counsel and reach agreement.

      IT IS FURTHER ORDERED that Gracie Square shall file, by April 27, 2022, a status report of no more than two pages indicating whether it still needs the Letter from Plaintiff in order to make its settlement payment to Plaintiff.  The status report should also indicate whether there is anything else preventing Gracie Square from making its settlement payment to Plaintiff.

      If Gracie Square does still need the Letter, prior to the next hearing on May 25, 2022, counsel for Gracie Square should assist Plaintiff in getting the Letter if at all possible.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated: April 20, 2022
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge