UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
FELIPE F. VIVAR, :
:
                  Plaintiff, :
: 18-CV-5987 (VSB)
      -against- :
: **ORDER**
NEW YORK CITY POLICE :
DEPARTMENT et al., :
:
                Defendants. :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 18, 2022, Plaintiff called my Chambers and left a voicemail regarding a previously missed Court appearance and requesting clarification as to the timing of the upcoming conference. Plaintiff is reminded that all communications must go through the Pro Se office, which can be reached via telephone at 212-805-0175. The Parties are reminded that a telephonic conference is scheduled for August 29, 2022 at 1:00PM, using the dial-in 888-363-4749 and access code 2682448. (Doc. 178.)

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff. Gracie Square is also directed to serve this order on Plaintiff via email and, if possible, via text message, so that Plaintiff is aware of the conference scheduled for August 29, 2022.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge