```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
FELIPE F. VIVAR,                                       :
                                                       :
                        Plaintiff,                     :
                                                       :      18-CV-5987 (VSB)
          -against-                                    :
                                                       :           ORDER
NEW YORK CITY POLICE                                   :
DEPARTMENT et al.,                                     :
                                                       :
                        Defendants.                    :
                                                       :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 31, 2022, I held a conference in this action. Counsel for Defendant New York Gracie Square Hospital, Inc. ("Gracie Square") represented that she had been in contact with Plaintiff regarding the outstanding Medicare lien in place, and Plaintiff indicated that he is still waiting on confirmation from Medicare regarding whether the amount of the lien can be reduced and what portion of the lien, if any, relates to Gracie Square's provision of medical care to Plaintiff. Plaintiff did not join the conference. In light of this, it is hereby

ORDERED that I will hold another conference in this matter on December 14, 2022 at 1:00 pm via telephone. Plaintiff and Gracie Square shall dial into 888-363-4749 and use access code 2682448.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff.

SO ORDERED.

Dated: November 4, 2022
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge