UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
FELIPE F. VIVAR,                                       :
                                                       :
                            Plaintiff,                 :
                                                       :            18-CV-5987 (VSB)
               -against-                               :
                                                       :            **ORDER**
NEW YORK CITY POLICE                                   :
DEPARTMENT et al.,                                     :
                                                       :
                            Defendants.  :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 8, 2022, Plaintiff left a voicemail with my chambers indicating that he received final confirmation from Medicare that there are no outstanding payments owed to Medicare at this time.  Plaintiff stated that he sent a photo of this letter to Defense counsel, Doreen Dufficy.  Accordingly, it is hereby

ORDERED that Ms. Dufficy file a copy of the Medicare letter received from Plaintiff on the docket.  Counsel may redact any medical information consistent with my Individual Rules & Practices in Civil Cases, and the Local Rules of the Southern District of New York.

IT IS FURTHER ORDERED that counsel confirm whether there are any outstanding issues or whether this case can be closed.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff.

SO ORDERED.

Dated:  November 8, 2022
          New York, New York

Vernon S. Broderick
United States District Judge